

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

**********************************************

**UNITED STATES OF AMERICA**

      **v.**

**JORDAN M. MILLER**

           **Defendant.**

**Criminal Action No.
09-MJ-39**

**********************************************

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses the Criminal Complaint and Warrant for Arrest against **Jordan M. Miller**, the defendant.

The reason(s) for this dismissal are (check one or more):

    \_\_\_ Case transferred to another District

    \_\_\_ Speedy Trial Act

    \_\_\_ Defendant's cooperation

    \_\_\_ Insufficient evidence at this time

    _X_  Other:  _Defendant being prosecuted by local authorities_

With respect to this dismissal, defendant (check one):

___ Consents

___ Objects

_x_ Has not been consulted

This dismissal is without prejudice.

ANDREW T. BAXTER
United States Attorney

By:   John G. Duncan
      Assistant U.S. Attorney
      Bar Roll No. 601100

Leave of court is granted for the filing of the foregoing dismissal.

Dated:      June 18 , 2009
            Syracuse, New York      George H. Lowe
                                    United States Magistrate Judge

2